IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-CV-01143-PSF-MJW

DONALD BRANNAN AND DONNA BRANNAN

      Plaintiffs,

v.

INDYMAC BANK, F.S.B., a federally charted savings bank,
PROPERTY FUNDING SOLUTIONS, LLC, a Colorado Limited Liability Company and
SCOTT LAGGE, individually,

      Defendants.

---

### ORDER GRANTING JOINT UNOPPOSED MOTION TO VACATE SETTLEMENT CONFERENCE SET FOR NOVEMBER 7, 2006

(Docket no. 25)

THIS MATTER HAVING COME BEFORE THE COURT UPON Indymac Bank, F.S.B.'s Joint Unopposed Motion to Vacate Settlement Conference Set for November 7, 2006, the Court being fully advised herein and no further notice being required;

IT IS THEREFORE ORDERED THAT:

The settlement conference set for November 7, 2006 at 1:30 P.M. is hereby vacated. The settlement conference will be reset for January 19, 2007, @ 10:30am.

DATED: November 7, 2006

BY THE COURT

_/s/ Michael J. Watanabe_
Judge/Magistrate

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO