IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01143-PSF-MJW

DONALD BRANNAN; and
DONNA BRANNAN,

    Plaintiffs,

v.

INDYMAC BANK, F.S.B., a federally chartered savings bank;
PROPERTY FUNDING SOLUTIONS, LLC, a Colorado Limited Liability Company; and
SCOTT SAGGE, Individually,

    Defendants.

## ORDER OF DISMISSAL

The Court, being duly advised in the premises by the parties' Stipulated Motion to Dismiss With Prejudice (Dkt. # 33), ORDERS that all claims of any nature asserted in this matter are hereby DISMISSED WITH PREJUDICE, each party to pay his, her or its own costs and fees.

DATED:  March 20, 2007

BY THE COURT:

*s/ Lewis T. Babcock / for*

_____
Phillip S. Figa
United States District Judge